DEAN ROSS, Appellant, v ERIC NELSON et al., Respondents.

Decided January 13, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

JOSEPHINE T. ROSSI, Appellant, v BUDGET RENT A CAR/BUDGET CAR AND TRUCK RENTAL, Respondent, et al., Defendants.

Submitted December 8, 2008; decided January 13, 2009

Motion for reargument of motion for leave to appeal denied [*see* 11 NY3d 709 (2008)].

In the Matter of WALTER SELF, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.

Submitted December 8, 2008; decided January 13, 2009

Motion for reargument denied [*see* 11 NY3d 810 (2008)].